## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                              Case No. 08 B 23869

     Lorna C Hanke

         Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/09/2008.

2) The plan was confirmed on 11/13/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/28/2009, 07/12/2012.

5) The case was Converted on 08/21/2012.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 50.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $73,041.07 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$73,041.07** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,107.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,157.96 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,264.96** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accredited Home Lenders | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 5,608.00 | 5,282.98 | 5,282.98 | 3,958.47 | 0.00 |
| Americas Financial Choice Inc | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 172.00 | 476.85 | 476.85 | 357.30 | 0.00 |
| America's Financial Choice Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 13,236.00 | 14,238.55 | 14,238.55 | 10,669.04 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Barclays Bank of Delaware | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Beneficial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Beneficial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Home Finance | Secured | 226,375.72 | 219,541.64 | 219,541.64 | 0.00 | 0.00 |
| Chase Home Finance | Secured | 226,375.72 | 5,868.72 | 5,868.72 | 5,868.72 | 0.00 |
| Check N Go | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Consumer Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Customized Auto Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 14,098.00 | 14,098.79 | 14,098.79 | 10,564.01 | 0.00 |
| ECast Settlement Corp | Unsecured | 1,331.00 | 1,497.57 | 1,497.57 | 1,122.14 | 0.00 |
| ECast Settlement Corp | Unsecured | 3,231.00 | 3,627.00 | 3,627.00 | 2,717.71 | 0.00 |
| ECast Settlement Corp | Unsecured | 4,257.00 | 4,786.12 | 4,786.12 | 3,586.28 | 0.00 |
| ECast Settlement Corp | Unsecured | 3,329.00 | 3,329.38 | 3,329.38 | 2,494.69 | 0.00 |
| ECast Settlement Corp | Unsecured | 2,062.00 | 2,062.36 | 2,062.36 | 1,545.23 | 0.00 |
| FCNB Master Trust | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 12,100.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Secured | 88,546.00 | 5,574.96 | 5,000.00 | 5,000.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Fifth Third Bank | Secured | 88,546.00 | 80,571.23 | 0.00 | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HomEq Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HomEq Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,401.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Mortgage Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Mortgage Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 6,000.00 | 5,886.52 | 5,886.52 | 5,886.52 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 106.49 | 106.49 | 79.79 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 5,633.70 | 5,633.70 | 4,221.35 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 4,409.00 | 4,409.68 | 4,409.68 | 3,304.20 | 0.00 |
| One Iron Ventures | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Option One Mortgage Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Option One Mortgage Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 615.00 | 615.16 | 615.16 | 460.92 | 0.00 |
| Premier Bankcard | Unsecured | 580.00 | 580.74 | 580.74 | 435.13 | 0.00 |
| Resurgent Capital Services | Unsecured | 4,911.53 | 6,011.76 | 6,011.76 | 4,504.61 | 0.00 |
| TCF Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Thd/Cbsd | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $10,868.72 | $10,868.72 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $219,541.64 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$230,410.36** | **$10,868.72** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,886.52 | $5,886.52 | $0.00 |
| **TOTAL PRIORITY:** | **$5,886.52** | **$5,886.52** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$66,757.13** | **$50,020.87** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

|  |  |
|---|---|
| Expenses of Administration | $6,264.96 |
| Disbursements to Creditors | $66,776.11 |
| **TOTAL DISBURSEMENTS** : | **$73,041.07** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/20/2012                     By: /s/ Marilyn O. Marshall

                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**